# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 4, 2025

_____

## DOCKET CORRECTION NOTICE
_____

No. 24-4509,   US v. Darrell Harris
             3:22-cr-00018-FDW-SCR-1

TO:   Darrell Alan Harris

**DIGITAL MEDIA DUE: March 7, 2025**

Please make the correction identified below and upload the digital media by the deadline.

| |
|---|
| [ X ] Digital files not received. If Box.com link has been disabled, request new link from clerk's office before filing. |

Donna Lett, Deputy Clerk
804-916-2704